UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SUTTON LEASING, INC.,

        Plaintiff,

Case No. 11-cv-10911

vs.

HON. GEORGE CARAM STEEH

UNITED FINANCIAL CASUALTY COMPANY,

        Defendant.
_____/

ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND FOR EXTENSION OF TIME

    A telephone conference was held on this date regarding plaintiff's motion to compel and for extension of time. The parties having expressed their agreement that discovery responses will be provided by August 26, 2011,

    Accordingly,

    Plaintiff's motion to compel and for extension of time [#14] is GRANTED.

    Defendant shall submit responses to plaintiff's June 17, 2011 discovery requests on or before August 26, 2011.

    Plaintiff shall file a supplemental brief on the issues presented in defendant's pending motion to dismiss for lack of personal jurisdiction or in the alternative for change of venue on or before September 9, 2011.

    The parties may file a reply brief in accordance with E.D. Mich. L.R. 7.1.

    SO ORDERED.

Dated: August 17, 2011

                                          S/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 17, 2011, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk